■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT GREENE, Appellant. [61 NYS3d 902]—

Order, Supreme Court, Bronx County (Steven Lloyd Barrett, J.), entered on or about June 11, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court's point assessment for defendant's history of substance abuse was supported by clear and convincing evidence, including defendant's multiple prior drug convictions (*see People v Wilkens*, 33 AD3d 399 [1st Dept 2006], *lv denied* 8 NY3d 801 [2007]) and his infraction for drug use while incarcerated. The drug related convictions were not remote in time, given defendant's intervening incarceration (*People v Gonzalez*, 48 AD3d 284 [1st Dept 2008], *lv denied* 10 NY3d 711 [2008]).

We find it unnecessary to reach defendant's remaining claim, upon which the court did not rule, and which would not affect the level three designation. Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.